

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-19-00231-CR

Patrick Thomas **CHILDERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Kerr County, Texas
Trial Court No. A17313
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to file Amended Reply Brief is GRANTED.

Entered on this 3rd day of February, 2020.

**PER CURIAM**

Attested to: _____
Michael A. Cruz,
Clerk of Court